INVESTCO FUND CORPORATION v. MARGALIT DIAMONDS, INC., et al.—

666

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Markewich, JJ.